I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·31·12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS DOSS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LONG BEACH POLICE OFFICER A. RIM, et al.,<br><br>　　　　　Defendants. | Case No. CV 10-7134-VBF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that (1) defendants' Motion for Summary Judgment is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 8-30-12

　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE