I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-31-12

DEPUTY CLERK

Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS DOSS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LONG BEACH POLICE OFFICER A. RIM, et al.,<br><br>　　　　Defendants. | Case No. CV 10-7134-VBF (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 8-30-12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE